**ULTIMATEPOINTER, L.L.C., Plaintiff–Cross–Appellant**

v.

**NINTENDO CO., LTD., Nintendo of America Inc., Defendants– Appellants.**

**Nos. 2015–1532, 2015–1535, 2015–1584.**

United States Court of Appeals, Federal Circuit.

March 1, 2016.

Charles John Rogers, Conley Rose, P.C., Houston, TX, argued for plaintiff-cross-appellant. Also represented by Michael James Guthrie, Thomas Warden, Gregory Loren Maag.

Mark Christopher Nelson, Dentons U.S. LLP, Dallas, TX, argued for defendants-appellants. Also represented by Steven M. Geiszler, Richard Salgado; Jerry A. Riedinger, Tyler C. Peterson, Perkins Coie, LLP, Seattle, WA.

Before LOURIE, DYK, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**